---

**Subject:** Re: Rep. Panetta's Office
**Date:** Friday, January 16, 2026 at 10:12:54 AM Pacific Standard Time
**From:** Eileen Ponce
**To:** Vicente L. Lovelace
**CC:** jponcelira65@gmail.com
**Attachments:** ~WRD2537.jpg

Good morning Vicente, this is wonderful news!
Thanks to you and Rep. Panetta's intervention in the process. Hoping the best case scenario.

Yesterday we received heartbreaking medical information about Jesus. The doctor found a tumor in his brain. This morning we have been at the hospital. Pero primeramente Dios tenemos fe que todo saldrá bien.

Muchas gracias.
Eileen Ponce

On Fri, Jan 16, 2026 at 7:48 AM Vicente Lovelace <vlovelace@catholiccharitiesscc.org> wrote:

> We have positive results from USCIS regarding the administrative appeal. Due to Rep. Panetta's intervention in the process, the administrative appeal has been (finally) accepted for processing and is undergoing review. The best-case scenario now is that the three pages will be un-redacted and we'll have a clear picture of naturalization eligibility.
>
> **Vicente Lozano Lovelace, Esq.**
> Lead Removal Defense Attorney
> CA#359214 | EOIR#ZZ985366
> VLOVELACE@CCSCC.ORG
> 2625 Zanker Road, Suite 201
> San Jose, CA 95134-2130
> (408) 468-0100 Ext. 5221
>
> **Important Immigration Websites:**
>
> - I-94 RECORD: Click here to access, print and retain your CBP I-94 record
> - CASE STATUS: Click here to check the status of your case online with your USCIS Receipt Number
> - CHANGE OF ADDRESS: All non-immigrants and permanent residents are required to notify the USCIS of their address change within 10 days via MAIL or ONLINE
>
> This email message and any accompanying attachment(s) are for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender and destroy all copies of the original message. If you are the intended

recipient, please be advised that the content of this message should not be copied or forwarded to any other person without prior authorization.

On Fri, Jan 9, 2026 at 11:34 AM Vicente Lovelace <vlovelace@catholiccharitiesscc.org> wrote:

> Confirmed.
>
> **Vicente Lozano Lovelace, Esq.**
> Lead Removal Defense Attorney
> CA#359214 | EOIR#ZZ985366
> VLOVELACE@CCSCC.ORG
> 2625 Zanker Road, Suite 201
> San Jose, CA 95134-2130
> (408) 468-0100 Ext. 5221
>
> **Important Immigration Websites:**
>
> - I-94 RECORD: Click here to access, print and retain your CBP I-94 record
> - CASE STATUS: Click here to check the status of your case online with your USCIS Receipt Number
> - CHANGE OF ADDRESS: All non-immigrants and permanent residents are required to notify the USCIS of their address change within 10 days via MAIL or ONLINE
>
> This email message and any accompanying attachment(s) are for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message should not be copied or forwarded to any other person without prior authorization.
>
> On Fri, Jan 9, 2026 at 11:34 AM Munoz, Bertha <bertha.munoz@mail.house.gov> wrote:
>
>> Good morning,
>>
>> I apologize for the delay in responding to your email. Our office was closed during the Christmas break and reopened this week.
>>
>> Documents have been received and inquiries have been forwarded to USCIS and CBP.
>>
>> Once a response is received, I will be in contact with you. Please note this can take 45-60

days.

If you have any additional questions, please let me know.

Best,

**Bertha G. Muñoz** | Senior Caseworker

Office of Congressman Jimmy Panetta (CA-19)

1200 Aguajito Road, Suite 003, Monterey, CA 93940

O: 831.424.2229 F: 831.429.1458

Panetta.house.gov | Facebook | Twitter

---

**From:** Vicente Lovelace <vlovelace@catholiccharitiesscc.org>
**Sent:** Monday, December 22, 2025 1:57 PM
**To:** Munoz, Bertha <bertha.munoz@mail.house.gov>
**Cc:** jponcelira65@gmail.com
**Subject:** Re: Rep. Panetta's Office

Hello Bertha,

My client, Mr. Ponce, is seeking government records that could impact his eligibility for naturalization. He hasn't filed his Form N-400 yet, and I've advised him to refrain from filing one without this information. Here's proof of both requests pending before USCIS and CBP, respectively.

- Outstanding USCIS FOIA appeal #APP2025006866REQ, filed on June 18, 2025 (initial response attached);
- CBP-FO-2025-149041 pending since June 20, 2025 (current status attached).

The government has, within the last few days, hidden the USCIS FOIA appeal from my representative's online account. The only proof of the pending appeal I can offer is the control number, beginning with "APP...". Thanks.

Cheers,

Vicente

**Vicente Lozano Lovelace, Esq.**

Lead Removal Defense Attorney

CA#359214 | EOIR#ZZ985366

VLOVELACE@CCSCC.ORG

2625 Zanker Road, Suite 201

San Jose, CA 95134-2130

(408) 468-0100 ext. 5221

**Important Immigration Websites:**

· I-94 RECORD: Click here to access, print and retain your CBP I-94 record

· CASE STATUS: Click here to check the status of your case online with your USCIS Receipt Number

· CHANGE OF ADDRESS: All non-immigrants and permanent residents are required to notify the USCIS of their address change within 10 days via MAIL or ONLINE

This email message and any accompanying attachment(s) are for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message should not be copied or forwarded to any other person without prior authorization.

On Mon, Dec 22, 2025 at 1:31 PM <jponcelira65@gmail.com> wrote:

> Good afternoon Bertha, thank you for reaching out, I've included Attorney Vicente Lozano Lovelace to assist me with your questions below.

Thank you Vicente, please advise.

On Dec 22, 2025, at 12:32 PM, Munoz, Bertha <bertha.munoz@mail.house.gov> wrote:

Good afternoon,

Thank you for providing the signed authorization form to our San Jose District office.

I have a few additional questions for you. The application noted is an N400, but the request for assistance is regarding a FOIA.

Can you provide me with a copy of the FOIA receipt\case number and include a copy of the notice you received. If you are also pending an N400, please provide me with a copy of the USCIS receipt notice which shows case number.

Look forward to hearing from you.

Best,

**Bertha G. Muñoz** | Senior Caseworker

Office of Congressman Jimmy Panetta (CA-19)

1200 Aguajito Road, Suite 003, Monterey, CA 93940

O: 831.424.2229 F: 831.429.1458

Panetta.house.gov | Facebook | Twitter