**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*Attn: FOIA/PA Appeals Office*
P.O. Box 648010
Lee's Summit, MO 64064-8010

U.S. Citizenship and Immigration Services

Control Number: APP2026002655

January 16, 2026

VICENTE LOVELACE
2625 ZANKER ROAD
SUITE 201
SAN JOSE, CA 95134

Dear VICENTE LOVELACE:

RE: NRC2025194863

This is to advise you that we received your administrative appeal regarding the action by the National Records Center relating to your Freedom of Information Act (FOIA) request pertaining to JESUS PONCE on June 18, 2025.

We have the responsibility of adjudicating appeals and will make every effort to respond to your request as quickly as possible. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. ***We have assigned control number APP2026002655 to your appeal. Please mention this number in any future correspondence to this office regarding this matter.***

USCIS no longer collects Social Security numbers in connection with FOIA or Privacy Act requests. When forwarding to us any documents related to your request, please ensure any Social Security numbers on the documents are blanked out or removed.

We will notify you of the decision on your appeal as quickly as possible. However, we must first contact the National Records Center and obtain the background material on your request. If you have further questions, please direct your inquiry to this office.

Sincerely,

Quan K. Luong, Office of Chief Counsel
U.S. Citizenship and Immigration Services