AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| JESUS PONCE LIRA<br>*Plaintiff*<br>v.<br>US CITIZENSHIP AND IMMIGRATION SERVICES<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 26-3298 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JESUS PONCE LIRA .

Date: 09/22/2026

/s/ Daniel Melo
*Attorney's signature*

Daniel Melo NC 48654
*Printed name and bar number*

Daniel Melo
The Melo Law Firm
2920 Forestville Road, Ste 100, PMB 1192
Raleigh, NC 27616
*Address*

dan@themelolawfirm.com
*E-mail address*

(919) 348-9213
*Telephone number*

*FAX number*

Print Save As... Reset