**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| JESUS PONCE LIRA<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant. | Case No. 26-3298 |

**CERTIFICATE OF SERVICE**

Plaintiff hereby certifies that copies of the Summons and Complaint, together with any exhibits, were served in accordance with Rule 4(i) of the Federal Rules of Civil Procedure via USPS certified mail upon U.S. Citizenship and Immigration Services and the Attorney General of the United States, and upon the U.S. Attorney of the District of Columbia via email on the following dates (electronic receipts attached):

| | |
|---|---|
| USCIS Office of Chief Counsel<br>5900 Capital Gateway Dr, Mail Stop 2120<br>Camps Springs, MD 20588 | Served September 30, 2026 |
| U.S. Attorney for the District of Columbia<br>601 D Street, NW<br>Washington, DC 20579 | Served September 23, 2026 |
| Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | Served October 1, 2026 |

Dated: October 1, 2026 By: /s/ Daniel Melo

Daniel Melo
The Melo Law Firm
NC Bar # 48654
2920 Forestville Road, Ste 100

PMB 1192
Raleigh, NC 27616
Tel: (919) 348-9213
dan@themelolawfirm.com
*Pro Bono Counsel For Plaintiff*