Outlook

**RE: Ponce Lira v. USCIS 1:26-cv-03298-CKK**

**From** USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov>
**Date** Wed 9/23/2026 1:40 PM
**To** Daniel Melo <Dan@themelolawfirm.com>; USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov>

Your submission has been received by email on September 23, 2026.

Civil-process Clerk, U.S. Attorney's Office for the District of Columbia

---

**From:** Daniel Melo <Dan@themelolawfirm.com>
**Sent:** Wednesday, September 23, 2026 10:02 AM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Subject:** [EXTERNAL] Ponce Lira v. USCIS 1:26-cv-03298-CKK

Good morning,

Please see the attached summons and Complaint for this matter.

Best,

**Daniel Melo**
The Melo Law Firm, PLLC
*Federal FOIA & Transparency Litigation*
(919) 348-9213
themelolawfirm.com

*Confidentiality Notice: This email and any attachments are intended only for the recipient. If you are not the intended recipient, please notify the sender immediately and delete this message.*