UNITED STATES POSTAL SERVICE®

October 01, 2026

Dear Reference: Ponce:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8118 9876 5597 5269 56**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | September 30, 2026, 09:48 am |
| **Location:** | WASHINGTON, DC 20529 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™<br>Return Receipt Electronic<br>Up to $100 insurance included |
| **Recipient Name:** | Office of Chief Counsel US Citizenship and Immig |

## Recipient Signature

| | |
|---|---|
| **Signature of Recipient:** | R Gill<br>R Gill |
| **Address of Recipient:** | 20529 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004