UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JESUS PONCE LIRA,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant. | Civil Action No. 26-3298 |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Benjamin W. Owen as counsel for Defendant in this action.

Dated: October 19, 2026

Respectfully submitted,

*/s/ Benjamin W. Owen*

BENJAMIN W. OWEN
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-0899
Benjamin.Owen@usdoj.gov

*Attorney for the United States of America*