UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JESUS PONCE LIRA,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant. | Civil Action No. 26-3298 (CKK) |

**MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant, the U.S. Citizenship and Immigration Services, by and through undersigned counsel, respectfully moves for a thirty-one-day extension, from October 23, 2026 to and including November 23,[1] 2026, of the deadline to file a response to Plaintiff's complaint, ECF No. 1.

1. On September 22, 2026, Plaintiff filed the complaint in this matter. ECF No. 1.

2. On September 23, 2026, the U.S. Attorney's Office received the Complaint. ECF No. 6.

3. On October 13, 2026, undersigned counsel was assigned to this matter.

4. Under Federal Rule of Civil Procedure ("Rule") 15(a)(3), Defendant has until October 23, 2026 to respond to the amended complaint. ECF No. 6.

---

[1] November 22, 2026 is a Sunday, so Defendant requests one additional day to respond.

5. On October 19, 2026, undersigned counsel contacted Plaintiff, via email to Plaintiff's counsel, about an extension to respond to the Complaint. On October 20, 2026, Plaintiff responded, through counsel, that he takes no position does not object to this requested extension.

6. Good cause exists for this extension. Defendant may need to file a dispositive motion as opposed to an answer, but requires additional time to determine if that is the case. Defendant also requires an additional period of time to prepare Defendant's response and allow sufficient time for review by the agency as well as pursuant to Department of Justice procedures. The requested extension also takes into account other deadlines in the undersigned's schedule during the requested extension period.

7. Undersigned counsel is mindful of the Court's requirement that extension motions be filed four business days in advance of the deadline to be extended and apologizes for not filing this request further in advance of the deadline. Undersigned counsel determined an extension would be necessary to further coordinate with the agency on Monday, October 19, 2026, and initiated contact with Plaintiff regarding this extension on that date. Defendant is promptly filing this motion after receiving Plaintiff's position.

8. Granting this motion will not significantly impact the progress of this case. This motion is being filed in good faith and not for purposes of gaining any unfair advantage through delay.

9. This is Defendant's first request to extend the deadline to respond to Plaintiff's complaint.

10. Pursuant to Local Civil Rule 7(m), the undersigned contacted Plaintiff, through counsel, and Plaintiff takes no position but does not object to the relief requested in this motion.

Defendant respectfully requests the Court extend the deadline for Defendant to respond to the complaint by thirty-one days. A proposed order is submitted herewith.

Dated: October 20, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *_/s/ Benjamin W. Owen_*
BENJAMIN W. OWEN
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-0899
Benjamin.Owen@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JESUS PONCE LIRA,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant. | Civil Action No. 26-3298 (CKK) |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Consent Motion for an Extension of Time to Respond to the Complaint, and for good cause shown, it is hereby

ORDERED that the motion is GRANTED. It is further

ORDERED that Defendant shall file a response to Plaintiff's complaint on or before November 23, 2026.

SO ORDERED:

__________________________
Dated

__________________________
COLLEEN KOLLAR-KOTELLY
United States District Judge