UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JESUS PONCE LIRA,

Plaintiff,

v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES,

Defendant.

Civil Action No. 26-3298 (CKK)

**MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant, the U.S. Citizenship and Immigration Services, by and through undersigned counsel, respectfully moves for a fourteen-day extension, from November 23, 2026 to and including December 7, 2026, of the deadline to file a response to Plaintiff's complaint, ECF No. 1.

1. On September 22, 2026, Plaintiff filed the complaint in this matter. ECF No. 1.

2. On October 20, 2026, Defendant moved for an extension of time to respond to the Complaint, which Plaintiff graciously did not oppose. ECF No. 8. On October 21, 2026, the Court granted Defendant's motion by minute order. Min. Order, Oct. 21, 2026.

3. Late in the evening of November 19, 2026, undersigned counsel experienced an unexpected death of a close family member. Undersigned counsel has to travel on very short notice for memorial services for this family member.

4. On November 20, 2026, Defendant, through counsel, emailed Plaintiff, through counsel, requesting Plaintiff's position on this extension. Plaintiff responded the same day through counsel that Defendant does not object to this extension request.

5. Good cause exists for this extension. Defendant requires an additional period of time to prepare Defendant's response and allow sufficient time for review by the agency as well as pursuant to Department of Justice procedures. The requested extension also takes into account other deadlines in the undersigned's schedule during the requested extension period.

6. As the Court reminded counsel by minute order on October 21, 2026, undersigned counsel is mindful of the Court's requirement that extension motions be filed four business days in advance of the deadline to be extended and sincerely apologizes for not filing this request further in advance of the deadline. Undersigned counsel was on track to timely complete Defendant's response to the complaint but was interrupted by the unexpected loss and initiated this request as soon as practicable.

7. Granting this motion will not significantly impact the progress of this case. This motion is being filed in good faith and not for purposes of gaining any unfair advantage through delay.

8. This is Defendant's second request to extend the deadline to respond to Plaintiff's complaint.

9. Pursuant to Local Civil Rule 7(m), the undersigned contacted Plaintiff, through counsel, and Plaintiff does not object to the requested extension.

Defendant respectfully requests the Court extend the deadline for Defendant to respond to the complaint by thirty-one days. A proposed order is submitted herewith.

Dated: November 20, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *Benjamin W. Owen* (/s/)
BENJAMIN W. OWEN
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-0899
Benjamin.Owen@usdoj.gov

*Attorneys for the United States of America*