UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JESUS PONCE LIRA,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant. | Civil Action No. 26-3298 (CKK) |

**[PROPOSED] ORDER**

Upon consideration of Defendant's motion, and for good cause shown, it is hereby

ORDERED that the motion is GRANTED. It is further

ORDERED that Defendant shall file a response to Plaintiff's complaint on or before December 7, 2026.

SO ORDERED:

_________________________
Dated

______________________________
COLLEEN KOLLAR-KOTELLY
United States District Judge